**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00083-LTB-MJW

DEER CREEK DEVELOPMENT, LLC,

    Plaintiff,

v.

KI SANG KIM, and
CENTRAL ESCROW, INC.,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Defendants have filed a Motion to Transfer Venue (Doc 7 - filed February 17, 2006). Plaintiff has **up to and including March 13, 2006** to file a response.  Defendants have **up to and including March 23, 2006** to file a reply.

Dated:  February 21, 2006
_____