IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00083-LTB-MJW

DEER CREEK DEVELOPMENT, LLC.,

    Plaintiff,

v.

KI SANG KIM, et al.,

    Defendants.

---

**ORDER REGARDING THE MOTION TO AMEND OR WITHDRAW DEFENDANT CENTRAL ESCROW'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS (DOCKET NO. 42)**

---

This matter is before the court on the Motion to Amend or Withdraw Defendant Central Escrow's Responses to Plaintiff's Request for Admissions (docket no. 42). The court has reviewed the motion and response (docket no. 44). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The court may permit, pursuant to Fed. R. Civ. P. 36(b), withdrawal or amendment to admissions "when [1] the presentation of the merits of the action will be subserved thereby and [2] the party who obtained the admission fails to satisfy the

2

court that withdrawal or amendment will prejudice that party in maintaining the action or defense of the merits."

On October 19, 2006, Defendant Central Escrow's ("Defendant") counsel, Mr. Hada, contacted Plaintiff's counsel, Mr. Mann, to request additional time to respond to Plaintiff's Request for Admissions.  Mr. Mann told Mr. Hada that he would not agree to an extension of time to respond.  Here, the court finds that "excusable neglect" is present under the facts and circumstances of this case.  Plaintiff would not be prejudice if Defendant is allowed to withdraw or amend its responses to Plaintiff's Request for Admissions since discovery is ongoing and Plaintiff would have to prove such admissions against the co-defendants.  Moreover, the length of delay and potential impact on the judicial proceedings is minimal at best.  Lastly, this court finds that the movant (Defendant) has acted in good faith and has not acted in willful disregard of the court's process.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED**:

1. That the Motion to Amend or Withdraw Defendant Central Escrow's Responses to Plaintiff's Request for Admissions (docket no. 42) is **GRANTED**.

2. That Defendant Central Escrow shall provide to Plaintiff its amended responses to Plaintiff's Request for Admissions within ten (10) days from the date of this Order consistent with its responses as outlined in the subject motion (docket no. 42) under paragraph 7

3

and sub-paragraphs 1 through 6, inclusive.

3. That each party shall pay their own attorney fees and costs.

Done this 21st day of November 2006.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge