IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 06-cv-00083-LTB-MJW

DEER CREEK DEVELOPMENT, LLC,
        Plaintiff,

v.

CENTRAL ESCROW, INC.,
        Defendant,

KI SANG KIM,
        Defendant and Third Party Plaintiff,

v.

COLDWELL BANKER RESIDENTIAL REAL ESTATE and STEVE CHANG,
        Third Party Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 54 - filed March 26, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Chief Judge

DATED: March 27, 2007